# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN WILLIAMS,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | No. 22-cv-0629 |
| : | |
| **KINGS COUNTY DISTRICT** : | |
| **ATTORNEY'S OFFICE, et al.,** : | |
|     **Defendants.** : | |

# O R D E R

**AND NOW**, this 22nd day of August, 2022, in light of *pro se* Plaintiff Kevin Williams' failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis* along with a copy of his institutional account statement, as directed by this Court's Orders entered on March 4, 2022 (ECF No. 18) and June 28, 2022 (ECF No. 20), which (1) initially granted him thirty (30) days to do so (ECF No. 18) and subsequently granted him an additional twenty-one (21) days in which to comply (ECF No. 20), and (2) warned him that if he failed to comply with the Orders that this case would be dismissed without prejudice for failure to prosecute, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

    1.    Williams' case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                  **BY THE COURT:**

                                  */s/ Joseph F. Leeson, Jr.*
                                  **JOSEPH F. LEESON, JR.**
                                  **United States District Judge**